IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**WENDELL GOLATT**                                                    **PLAINTIFF**

V.                           **CASE NO. 3:20-CV-119-BD**

**ANDREW SAUL, Commissioner,**
**SOCIAL SECURITY ADMINISTRATION**                    **DEFENDANT**

**ORDER**

Plaintiff Wendell Golatt has moved for an award of attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (Doc. No. 19) He seeks fees and expenses in the amount of $3,774.57. (*Id.*) The Commissioner does not contest the attorney and paralegal hours expended, the requested hourly rates, or the amount of expenses. (Doc. No. 21)

Because there is no objection to granting attorney's fees and expenses, Mr. Golatt's motion (Doc. No. 19) is GRANTED. The Commissioner is directed to pay the total sum of $3,774.57 in fees and expenses, subject to offset if he has outstanding government debt.

IT IS SO ORDERED, this 4th day of May, 2021.

_____
UNITED STATES MAGISTRATE JUDGE